DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW R. BARRASS** and **RIGHT CHOICE POOLS & SPA, INC.**,
Appellants,

v.

**LANI FRETT** and **WINSTON GRAHAM,**
Appellees.

No. 4D2025-0234

[September 25, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. 22-012641 CACE (12).

Charles Wender, Boca Raton, for appellants.

David M. Scott of Law Office of David Scott, P.A., Weston, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE, JJ., and SHEPHERD, CAROLINE, Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***